UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE PREFILING ORDER,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN K. DELANEY, et al.,<br><br>    Defendants. | No.  2:19-cv-1634 JAM DB P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has lodged[1] this civil rights action seeking relief under 42 U.S.C. § 1983.  (See ECF No. 1).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 22, 2020, plaintiff filed a "motion to stay pending litigations against double jeopardy."  (ECF No. 3).  As a vexatious litigant, plaintiff has yet to be granted permission to file

////

---

[1] Plaintiff has been deemed a vexatious litigant.  As a result, pleadings brought by plaintiff are not to be filed.  Instead, they are simply to be lodged in order to verify the existence of any prerequisite certification.  See generally Franklin v. Murphy, 745 F.2d 1221, 1232 (9th Cir. 1984), abrogated on other grounds by Neitzke v. Williams, 490 U.S. 319 (1989).  Thereafter, presuming in forma pauperis status is granted, such pleadings are also to be reviewed by the court for frivolity or maliciousness.  See 28 U.S.C. § 1915(e)(2)(B).  Such findings will foreclose the filing of a complaint.

the instant complaint.  (See generally ECF No. 2).  Therefore, his motion to stay this action is premature, and it shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to stay this action (ECF No. 3) is DENIED as premature.

Dated:  June 17, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/mage1634.stay.den

2