UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUCHELL CINQUE MAGEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN K. DELANEY, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-1634 JAM DB P<br><br><br>ORDER |

　　　Plaintiff, a state prisoner proceeding pro se, has lodged this civil rights action seeking relief under 42 U.S.C. § 1983.  (See ECF No. 1).  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 1, 2020, the magistrate judge issued findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 4).  Plaintiff has filed objections to the findings and recommendations.  (ECF No. 5).

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 1, 2020 (ECF No. 4), are ADOPTED in full;

2. This action shall remain LODGED, NOT FILED, and

3. This action is DISMISSED with prejudice for failure to comply with: (a) the court's prefiling order issued September 6, 1988, and (b) the court's order to show cause issued May 12, 2020. See Fed. R. Civ. P. 41(b); L.R. 110.

DATED: July 28, 2020                                            /s/ John A. Mendez_____
                                                                United States District Court Judge